IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JESSICA CALLAN SOLEM** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **HORSESHOE TRAIL FARM, LLC,** | : | |
| **UPLAND FARM, INC.** | : | |
| **COLLIN MCNEIL** | : | |
| **AND VIRGINIA MCNEIL** | : | **NO. 22-1815** |

## ORDER

**NOW,** this 22nd day of September, 2022, upon consideration of the Motion of Defendants Horseshoe Trail Farm, LLC, Upland Farm, Inc., Collin McNeil and Virginia McNeil to Dismiss (ECF No. 14), plaintiff's response, and the defendants' reply, it is **ORDERED** that the motion is **GRANTED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. Count I of the Complaint is **DISMISSED** as to defendants Collin McNeil and Virginia McNeil.

2. Counts II, III, IV, and V of the Complaint are **DISMISSED**.

3. The plaintiff's request for punitive damages is **STRICKEN**.

/s/ TIMOTHY J. SAVAGE J.